IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10951
Summary Calendar
_____


GARY G. WRIGHT,

                                        Plaintiff-Appellant,

versus

DON CARPENTER, Sheriff, Tarrant
County, Tx; TARRANT COUNTY TEXAS,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:95-CV-407-A
- - - - - - - - - -
April 12, 1996

Before GARWOOD, WIENER and PARKER, Circuit Judges.

PER CURIAM:[*]

     Gary Wright appeals from the dismissal of his civil rights complaint brought pursuant to 42 U.S.C. § 1983 as barred by the applicable two-year statute of limitations.  He contends that the statute of limitations should have been tolled while he pursued an appeal from the § 1983 action that he filed in the Amarillo Division of the Northern District of Texas.  We have reviewed the record and the district court's decision and affirm for essentially the reasons set forth by the district court.  <u>See</u>

<hr>

        Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Wright v. Carpenter et al., No. 4:95-CV-407-A (N.D. Tex. Sept. 14, 1995).

We caution Wright that the filing of frivolous appeals may result in the imposition of sanctions.  To avoid sanctions, Wright is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

AFFIRMED; SANCTIONS WARNING ISSUED.